No. 16-20693
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed May 5, 2017

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

UNITED STATES of America,
Plaintiff-Appellee

v.

Luis Roberto Ramirez CASTILLO, also known as Luis Roberto Ramirez, also known as Luis Roberto Ramirez-Castillo, Defendant-Appellant

No. 16-20737
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed May 5, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Scott Andrew Martin, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

---

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Luis Roberto Ramirez Castillo raises an argument that is foreclosed by *United States v. Rodriguez-Salazar*, 768 F.3d 437, 437-38 (5th Cir. 2014). In *Rodriguez-Salazar*, 768 F.3d at 437-38, we rejected the argument that the Texas offense of theft is broader than the generic, contemporary definition of theft because the Texas offense, which includes theft by deception, may be committed by taking property with the owner's consent. Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

